UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

JACOB HARTMAN,

          Plaintiff,

   v.                                   CAUSE NO. 1:26cv23 DRL-ALT

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

## ORDER

On June 15, 2026, United States Magistrate Judge Andrew L. Teel issued a report and recommendation [12] in which he recommended that this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 16(f)(1) and the court's inherent power to manage its affairs because Jacob Hartman, *pro se*, failed to adhere to the court's orders or otherwise prosecute his case. A copy of the magistrate's report and recommendation was mailed to Mr. Hartman. No objections were filed by the June 29, 2026 deadline.

Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and DISMISSES this case with prejudice. This order thus terminates the case.

SO ORDERED.

July 9, 2026                                  *s/ Damon R. Leichty*
                                         Judge, United States District Court